# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA ZETA SORORITY, et al., | Case No. 1:20-cv-00419-DAD-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFFS TO FILE NOTICE OF STATUS OF SERVICE |
| v. | |
| AIMEE STEARNS, | FIVE DAY DEADLINE |
| Defendant. | |

Plaintiffs filed this action on March 20, 2020. On March 23, 2020, a scheduling order issued setting the mandatory scheduling conference for June 23, 2020. As of this date, Plaintiffs have not filed proof of service of the summons and complaint. See ECF No. 4-1 at 2.

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** of the date of entry of this order, Plaintiffs shall file notice of the status of service on the defendant in this action. Plaintiff is advised that failure to comply with this order may result in the issuance of sanction, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: __May 20, 2020__

UNITED STATES MAGISTRATE JUDGE

1