# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA ZETA SORORITY, et al., | Case No. 1:20-cv-00419-DAD-SAB |
| Plaintiffs, | ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE |
| v. | |
| AIMEE STEARNS, | |
| Defendant. | |

On March 20, 2020, Delta Zeta Sorority, Kappa Kappa Gamma Fraternity, and Sigma Chi Corporation (collectively "Plaintiffs") filed this action alleging violations of the Lanham Act, 15 U.S.C. § 1051 et seq. and state and common law.  The summons and order setting the mandatory scheduling conference were issued on May 23, 2020.  The order set the mandatory scheduling conference in this matter for June 23, 2020.

On May 21, 2020, an order issued requiring Plaintiff to file a notice of status of service on the defendant.  On May 22, 2020, Plaintiffs returned an executed proof of service which showed that the complaint was served on May 20, 2020.  To allow for an answer to be filed, the Court shall continue the mandatory scheduling conference to July 28, 2020.

Accordingly, IT IS HEREBY ORDERED that:

1. The mandatory scheduling conference is CONTINUED to **July 28, 2020 at 11:30 a.m.** in Courtroom 9; and

1

2. The parties shall file a joint scheduling report **seven (7) days** prior to the continued date.

IT IS SO ORDERED.

Dated:   **May 26, 2020**

UNITED STATES MAGISTRATE JUDGE