# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA ZETA SORORITY, et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>AIMEE STEARNS,<br><br>           Defendant. | Case No. 1:20-cv-00419-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR NON-OPPOSITION TO DEFENDANT'S REQUEST FOR NINETY DAY CONTINUANCE<br><br>(ECF No. 13) |

On March 20, 2020, Delta Zeta Sorority, Kappa Kappa Gamma Fraternity, and Sigma Chi Corporation (collectively "Plaintiffs") filed this action alleging violations of the Lanham Act, 15 U.S.C. § 1051 et seq. and state and common law.  (ECF No. 1.)  A mandatory scheduling conference is currently set for July 28, 2020.  (ECF No. 10.)

On June 15, 2020, Defendant, appearing *pro se*, filed a document that the Court docketed as a motion for a ninety (90) day extension.  (ECF No. 13.)  In the filing, Defendant indicates the document is a "reply to the summons," and addresses certain substantive and procedural aspects of the complaint and service of the cease and desist letters.  (Id.)  The filing also indicates that due to the COVID-19 public health emergency, Defendant has been unable to obtain counsel, and requests a ninety (90) day extension to retain counsel in this matter.  (Id.)  The Court shall construe the filing as both a responsive pleading and a motion to continue the scheduling conference in order to obtain counsel.  The Court shall order Plaintiff to notify the Court whether

they oppose a continuance of the scheduling conference to a date approximately ninety (90) days from the issuance of this order to allow Defendant additional time to retain counsel.

Accordingly, IT IS HEREBY ORDERED that on or before June 25, 2020, Plaintiff shall file a statement signifying whether they oppose a continuance of the scheduling conference to a date approximately ninety (90) days from the date of the issuance of this order.

IT IS SO ORDERED.

Dated:   **June 18, 2020**

UNITED STATES MAGISTRATE JUDGE