# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA ZETA SORORITY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AIMEE STEARNS,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00419-DAD-SAB<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RETAIN COUNSEL AND CONTINUING MANDATORY SCHEDULING CONFERENCE TO OCTOBER 26, 2020<br><br>(ECF Nos. 13, 14) |

　　　On March 20, 2020, Delta Zeta Sorority, Kappa Kappa Gamma Fraternity, and Sigma Chi Corporation (collectively "Plaintiffs") filed this action against Aimee Stearns ("Defendant") alleging violations of the Lanham Act, 15 U.S.C. § 1051 et seq. and state and common law.  On March 23, 2020, the order setting the mandatory scheduling conference issued.  On May 27, 2020, the mandatory scheduling conference was continued to July 28, 2020 to allow for a response to the complaint to be filed.

　　　On June 15, 2020, Defendant filed a response to the complaint.  In her response, Defendant requested an extension of time to obtain counsel in this matter.  At the order of the Court, Plaintiffs filed a statement of non-opposition to the motion for an extension of time.  The Court finds that good cause exists to grant Defendant's request and the mandatory scheduling conference shall be continued to allow Defendant time to obtain counsel.

1

Accordingly, finding good cause, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time is GRANTED;
2. The mandatory scheduling conference is CONTINUED to **October 26, 2020, at 2:00 p.m.** in Courtroom 9; and
3. The parties shall file a joint scheduling report **seven (7) days** prior to the continued date.

IT IS SO ORDERED.

Dated:   **June 22, 2020**

UNITED STATES MAGISTRATE JUDGE