# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA ZETA SORORITY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AIMEE STEARNS,<br><br>　　　　Defendant. | Case No. 1:20-cv-00419-DAD-SAB<br><br>ORDER STRIKING DEFENDANT'S UNSIGNED MOTION TO DISMISS, FOR CHANGE OF VENUE, OR EXTENSION OF TIME<br><br>(ECF No. 18) |

On October 19, 2020, Defendant filed an unsigned letter requesting that this action be dismissed as a sanction, a change of venue, or an extension of time.  Unsigned documents cannot be considered by the Court, and the stipulation is HEREBY STRICKEN from the record on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  <u>Defendant is further advised that failure to appear for the October 26, 2020 scheduling conference will result in the issuance of sanctions, up to and including dismissal of this action for failure to comply with a court order</u>.

IT IS SO ORDERED.

Dated:   **October 19, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1