# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA ZETA SORORITY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>AIMEE STEARNS,<br><br>   Defendant. | Case No. 1:20-cv-00419-DAD-SAB<br><br>ORDER DEEMING JUNE 15, 2020 FILING AS ANSWER TO COMPLAINT<br><br>(ECF No. 13) |

On March 30, 2020, Delta Zeta Sorority, Kappa Kappa Gamma Fraternity, and Sigma Chi Corporation (collectively "Plaintiffs") filed this action alleging violations of the Lanham Act, 15 U.S.C. § 1051 et seq. and state and common law. A scheduling conference in this matter was held on October 26, 2020, and the issue was raised regarding whether Defendant Aimee Stearns had filed an answer to the complaint.

On June 15, 2020, Defendant filed a "reply to the summons" in which she requested an additional 90 days to obtain counsel. (ECF No. 13.) The document was docketed as a motion for an extension of time, however, Defendant did generally respond to the allegations in the complaint. Given that Defendant is proceeding pro se in this matter at this time and liberally construing the pro se pleading, the June 15, 2020 filing is HEREBY DEEMED an answer to the complaint.

IT IS SO ORDERED.

Dated:  **October 26, 2020**

UNITED STATES MAGISTRATE JUDGE