# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA ZETA SORORITY, et al., | Case No. 1:20-cv-00419-DAD-SAB |
| Plaintiffs, | ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS, CHANGE VENUE, AND EXTENSION OF TIME |
| v. | |
| AIMEE STEARNS, | |
| Defendant. | |

On March 30, 2020, Delta Zeta Sorority, Kappa Kappa Gamma Fraternity, and Sigma Chi Corporation (collectively "Plaintiffs") filed this action alleging violations of the Lanham Act, 15 U.S.C. § 1051 et seq. and state and common law. At her request, Aimee Stearns ("Defendant") has previously been granted two extensions of time to find counsel in this action. On October 26, 2020, Defendant, proceeding pro se, filed a motion to dismiss, to change venue, and for an extension of time.

Defendant did not comply with Rule 230 of the Local Rules of the Eastern District of California which requires that motions be noticed on the calendar of the assigned judge or magistrate judge. L.R. 230(b). Defendant is advised that, although she is proceeding pro se in this action, she is still required to familiarize herself with and comply with the local and federal rules in defending this action.

The Court finds that this matter need not be set for a hearing at this time, but shall set a

1

briefing schedule for the motion. Should the Court determine that a hearing is necessary upon reviewing the pleadings, a hearing will be set at that time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file an opposition to the motion to dismiss, to change venue, or for an extension of time on or before **November 13, 2020**; and

2. Defendant's reply, if any, shall be filed on or before **November 20, 2020**.

IT IS SO ORDERED.

Dated:   **November 3, 2020**

UNITED STATES MAGISTRATE JUDGE